IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| ANTHONY JOE PRICE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 2:12-cv-00030 |
| v. | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Knowles |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Anthony Joe Price's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15), filed with a Memorandum in Support (Doc. No. 16). Defendant Commissioner of Social Security filed a Response. (Doc. No. 17.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be granted in part and that the action be remanded to the Commissioner. (Doc. No. 18 at 21.) The Report was filed on June 13, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** in part, as outlined in the Report, Plaintiff's Motion and **REMANDS** the case to the Commissioner to further develop the record with regard to the severity, frequency, and work-related effects of Plaintiff's nausea and tremors. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT